Michelle Yang (SBN 324467)
myang@plsfirm.com
Alessia Berghoudian (SBN 248656)
aberghoudian@plsfirm.com
**PRESTIGE LEGAL SOLUTIONS, P.C.**
6420 Wilshire Blvd., Suite 200
Los Angeles, CA 90048
Tel: (310) 933-6626 | Fax: (310) 933-5821

Attorneys for Plaintiff
KENZO R. SOBRIE

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZO R. SOBRIE, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MASERATI NORTH AMERICA, INC., et al.,<br><br>  Defendant. | Case No.: 8:23-cv-00925-DOC-ADS<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Assigned to District Judge David O. Carter<br>Magistrate Judge Autumn D. Spaeth<br>Courtroom 10A |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The parties, by and through their counsel, have settled this matter in principle. The parties are currently working to complete the terms of settlement.

The parties request that all hearings and deadlines, including the March 11, 2024, Final Pretrial Conference and the April 2, 2024, Trial date, be vacated.

The parties also respectfully request that the matter not be dismissed until a Notice of Dismissal under Federal Rule of Civil Procedure 41 is filed.

Dated: January 29, 2024          **PRESTIGE LEGAL SOLUTIONS, P.C.**

By:  _/s/: Michelle Yang_
     MICHELLE YANG
     ALESSIA BERGHOUDIAN
     Attorneys for Plaintiff
     KENZO R. SOBRIE