**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
myang@plsfirm.com
Armig Khodanian, Esq. (SBN 302307)
akhodanian@plsfirm.com
6420 Wilshire Blvd., Ste. 200
Los Angeles, CA 90048
Telephone: (310) 933-6626
Fax: (310) 933-5821

Attorneys for Plaintiff,
**KENZO R. SOBRIE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZO R. SOBRIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MASERATI NORTH AMERICA, INC., et al.,<br><br>Defendants. | Case No.: 8:23-cv-00925-DOC-ADS<br><br>*Assigned to: Hon. David O. Carter*<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: 05/25/2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff KENZO R. SOBRIE ("Plaintiff") and Defendant MASERATI NORTH AMERICA, INC. ("Defendant") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties. The parties respectfully request that the Court dismiss this case in its entirety as a result of the dismissal.

Dated: February 13, 2024      By: */s/ Michelle Yang, Esq.*
                                                   MICHELLE YANG
                                                   ARMIG KHODANIAN

                                                   Attorneys for Plaintiff,
                                                 **KENZO R. SOBRIE**

## **SIGNATURE ATTESTATION**

I hereby certify that authorization for the submitting of this document has been obtained from each of the other signatories shown above and that all signatories concur in the document's content.

                                                   */s/ Michelle Yang, Esq.*
                                                 MICHELLE YANG

PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., STE. 200, LOS ANGELES, CA 90048

# CERTIFICATE OF SERVICE

**RE:** <u>*Kenzo R. Sobrie v. Maserati North America, Inc., et al.*</u>
**C.D. Cal. (Southern Division - Santa Ana)**
**Case No.: 8:23-cv-00925-DOC-ADS**

I hereby certify that on February 13, 2024, I served the foregoing Stipulation for Dismissal by filing this document with the Central District of California's CM/ECF system, which provided a notice of electronic filing to all counsel of record.

*/s/ Michelle Yang, Esq.*
Michelle Yang, Esq.

**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
myang@plsfirm.com
Armig Khodanian, Esq. (SBN 302307)
akhodanian@plsfirm.com
6420 Wilshire Blvd., Ste. 200
Los Angeles, CA 90048
Telephone: (310) 933-6626
Fax: (310) 933-5821

Attorneys for Plaintiff,
**KENZO R. SOBRIE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZO R. SOBRIE, an individual, | Case No.: 8:23-cv-00925-DOC-ADS |
| Plaintiff, | *Assigned to: Hon. David O. Carter* |
| v. | **[PROPOSED] ORDER** |
| MASERATI NORTH AMERICA, INC., et al., | [*Filed Concurrently with Stipulation of Dismissal*] |
| Defendants. | Complaint Filed:  05/25/2023 |

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties. The clerk is directed to close the file.

Dated: _____

HONORABLE DAVID O. CARTER
US DISTRICT JUDGE

**1**
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**