**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
myang@plsfirm.com
Armig Khodanian, Esq. (SBN 302307)
akhodanian@plsfirm.com
6420 Wilshire Blvd., Ste. 200
Los Angeles, CA 90048
Telephone: (310) 933-6626
Fax: (310) 933-5821

Attorneys for Plaintiff,
**KENZO R. SOBRIE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENZO R. SOBRIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MASERATI NORTH AMERICA, INC., et al.,<br><br>Defendants. | Case No.: 8:23-cv-00925-DOC-ADS<br><br>*Assigned to: Hon. David O. Carter*<br><br>**ORDER**<br><br>[*Filed Concurrently with Stipulation of Dismissal*]<br><br>Complaint Filed: 05/25/2023 |

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties. The clerk is directed to close the file.

Dated: February 26, 2024

_____
HONORABLE DAVID O. CARTER
US DISTRICT JUDGE

**1**
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**